IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE LLC, | ) |
|       Petitioner, | ) ) ) |
| v. | ) )   C.A. No. 21-mc-419 (UNA) |
| TERRIER SSC, LLC, | ) ) ) |
|       Respondent. | ) ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Matthew S. Warren, Jennifer A. Kash, Erika Warren, and Francesca Miki Shima Germinario of WARREN LEX LLP to represent petitioner Google LLC in this matter.

                                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                   */s/ Brian P. Egan*

                                                   Jack B. Blumenfeld (#1014)
                                                   Brian P. Egan (#6227)
                                                   1201 North Market Street
                                                   P.O. Box 1347
                                                   Wilmington, DE  19899
                                                   (302) 658-9200
                                                   jblumenfeld@morrisnichols.com
                                                   began@morrisnichols.com

                                                   *Attorneys for Petitioner*

October 7, 2021

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Matthew S. Warren, Jennifer A. Kash, Erika Warren, and Francesca Miki Shima Germinario is granted.

Dated: _____     _____
                                              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: October 6, 2021

Jennifer A. Kash
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California, the State of New York and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: October 6, 2021

/s/ Matthew S. Warren
Matthew S. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: October 6, 2021

*/s/ Erika Warren*
Erika Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: October 6, 2021

Francesca Miki Shima Germinario
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940