IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE, LLC, | : | |
|       Petitioner, | : | |
| | : | |
| v. | : | C.A. No. 21-mc-419-MN |
| | : | |
| TERRIER SSC, LLC, | : | |
|       Respondent. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Morgan E. Pietz of Pietz & Shahriari LLP to represent Terrier SSC, LLC in this matter.

Date: October 20, 2021

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)
Bellew LLC
2961 Centerville Road, Suite 302
Wilmington, Delaware 19808
Telephone: (302) 353-4951
sjbellew@bellewllc.com

*Counsel for Terrier SSC, LLC*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and am admitted to practice before the federal courts located within California, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Morgan E. Pietz
Pietz & Shahriari LLP
9454 Wilshire Blvd, Suite 310
Beverly Hills, CA  90212
Telephone: 310-424-5557
e-mail: morgan@pstrials.com