IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-0419-MN-CJB |
| | ) |
| Terrier SSC, LLC, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission pro hac vice of Travis Richins of Etheridge Law Group, 2600 East Southlake Blvd, Suite 120-324, Southlake, Texas 76092 to represent the third-party WSOU Investments, LLC d/b/a Brazos Licensing and Development in the above-captioned action.

Dated: December 1, 2021

*/s/ David A. Felice*
David A. Felice (#4090)
Bailey & Glasser, LLP
Red Clay Center at Little Falls
2961 Centerville Road, Suite 302
Wilmington, Delaware 19808
Telephone: (302) 504-6333
Facsimile: (302) 504-6334

*Attorney for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Travis Richins is granted.

Dated: _____

                                                            UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the United States District Courts for the Northern District of Texas, Eastern District of Texas, Southern District of Texas, and Western District of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Date: December 1, 2021

ETHERIDGE LAW GROUP

/s/ *Travis Richins*
Travis Richins
2600 East Southlake Blvd.
Suite 120-324
Southlake, TX 76092
Telephone: 214-601-0678
Email: travis@etheridgelaw.com