UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **GOOGLE LLC** | § § § | |
| **v.** | § § § | CASE NO. 6:21-mc-1269-ADA-JCM |
| **TERRIER SSC, LLC** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Robert M. Millimet of the law firm Stanton LLP, 1717 Main Street, Suite 3800, Dallas, Texas 75201, hereby appears as additional counsel for Terrier SSC, LLC in the above-captioned matter. Request is hereby made that all pleadings, correspondence, and other material should be served upon such counsel.

Dated: December 23, 2021

Respectfully submitted,

*/s/ Robert M. Millimet*
Robert M. Millimet
State Bar No. 24025538
rob@stantonllp.com
STANTON LLP
1717 Main Street
Suite 3800
Dallas, Texas 75201
Telephone: (972) 233-2300
Facsimile: (972) 692-6812

**ATTORNEY FOR TERRIER SSC, LLC**