# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **GOOGLE LLC** | |
| v. | Case No. 6:21MC1269 |
| **TERRIER SSC, LLC** | |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Google LLC files this Notice of Appearance of Counsel and hereby notifies the Court that Patrick C. Clutter of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as additional counsel for Plaintiff Google LLC. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: January 21, 2022

Respectfully submitted,

By: */s/ Patrick C. Clutter, IV*
Patrick C. Clutter, IV
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR GOOGLE LLC**