# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, GOOGLE LLC | § § § § § | NO: WA:21-CV-01269-ADA |
| vs. | | |
| AQUA LICENSING, LLC, BP FUNDING TRUST, TERRIER SSC, LLC, TERRIER SSC, LLC | | |

### ORDER SETTING MOTION HEARING ON MOTION TO COMPEL

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTION HEARING ON MOTION TO COMPEL by Zoom on March 21, 2022 at 02:00 PM.

IT IS SO ORDERED this 7th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE